# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

125790-92

46TH CIRCUIT TRIAL COURT,
Plaintiff, Counter-Defendant,
Third-Party Defendant-Appellee,

v

CRAWFORD COUNTY and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
Defendants, Counter-Plaintiffs,
Third-Party Plaintiffs
Cross-Defendants,
and

KALKASKA COUNTY,
Intervening Defendant,
Counter-Plaintiff, Third-Party
Plaintiff, Cross-Defendant-Appellant,
and

OTSEGO COUNTY,
Third-Party Defendant,
Cross-Plaintiff-Appellee.
_____/

SC: 125790-92
COA: 246823, 248593, 251390
Crawford CC: 02-005951-CZ

By order of October 1, 2004, the application for leave to appeal was held in abeyance pending the decision by the Court of Appeals in *46th Circuit Trial Court v Crawford County* (Docket Nos. 254179, 254181, 256129, and 257234), and *Crawford County v Otsego County* (Docket Nos. 254180, 254182).

On order of the Court, the opinion having been issued on May 3, 2005, 266 Mich App 150 (2005), the application is again considered, and it now appearing to this Court that the case of *46th Circuit Trial Court v Crawford County* (Docket No. 128878) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

Clerk

d1220